IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **OBIEKWE STEPHEN OKUDIL UGOCHUKWU**, | ) ) ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | Civil No. **06-418-DRH** |
| **CSC, et al.**, | ) ) ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

By order dated December 11, 2006, the Court granted plaintiff leave to proceed as a pauper and directed that monthly payments be withdrawn from his trust fund account at the Kenosh County Jail to pay the filing fee. **(Doc. 17).** By letter dated December 19, 2006, the Kenosha County Sheriff informed the Court that plaintiff is no longer in his custody, and plaintiff has been returned to his "country of origin." **(Doc. 19).** The Court's December 11, 2006, order has also been returned as undeliverable. Out of an overabundance of caution, the Court will make on last attempt to establish contact with plaintiff.

**IT IS THEREFORE ORDERED** that on or before **February 9, 2007**, plaintiff shall inform the Court of his current address; if he is not incarcerated, plaintiff shall also inform the Court of his telephone number.

**IT IS FURTHER ORDERED** that**,** if plaintiff is incarcerated, on or before **February 9, 2007**, he shall complete a new In Forma Pauperis Application and Financial Affidavit reflecting current information so the monthly assessment can be withdrawn from his prison trust fund account.

The Clerk of Court is hereby **DIRECTED** to send plaintiff a blank In Forma Pauperis Application and Financial Affidavit, along with a copy of this order.

**Plaintiff is forewarned that failure to comply with this order will be viewed as a failure by plaintiff to prosecute this action, which will result in the immediate dismissal of this action with prejudice.**

**IT IS SO ORDERED.**

**DATED: January 24, 2007**

        **S/ Clifford J. Proud**
        **CLIFFORD J. PROUD**
        **UNITED STATES MAGISTRATE JUDGE**