IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OBIEKWE STEPHEN OKWUDIL
UGOCHUKWU,

    Plaintiff(s),

v.

CSC, et al.,

    Defendant(s).

Case No. 06-cv-418-DRH

### ORDER

**HERNDON, District Judge:**

It appearing to the Court that the plaintiff has failed to provide the Court with his current address and telephone number, nor has he completed a new In Forma Pauperis Application and Financial Affidavit as required in an Order, entered by United States Magistrate Judge Clifford J. Proud, on January 24, 2007, (Doc.20) and the Court being fully advised in the premises,

**IT IS THEREFORE ORDERED** that the complaint filed herein is **DISMISSED WITH PREJUDICE** for failure to prosecute.

Signed this 28th day of February, 2007.

    /s/    David RHerndon
**United States District Judge**