# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**OBIEKWE STEPHEN OKWUDIL UGOCHUKWU,**

    **Plaintiff,**

v.                          CIVIL ACTION NO.  06-CV-418 DRH

**CSC, GEO, FRED BALLARD,
ROB FURLOW, CLIFF CAVINS,
BRENDA BRITTON, KATTY WOOD,
PATTY DAVIS, JASON KLEIN,
LISA POTTER MASTERS,
CHELENA DEWITT,
NORMA JEAN STRAUSS, C/O BAILY,
A. LARRY, F. LARRY, DAVID MCCURRY,
and UNKNOWN PARTY, DEBBIE C.,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on the plaintiff's failure to follow a Court order.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's complaint is **DISMISSED** with prejudice for failure to prosecute.

                                                **NORBERT G. JAWORSKI, CLERK**

March 6, 2007.                        BY:   /s/Patricia Brown
                                                     Deputy Clerk

APPROVED: /s/     David   RHerndon
                **U.S. DISTRICT JUDGE**